UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:13 CR 11 |
| | ) | |
| CHRISTIAN P. AUSTIN | ) | |

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILTY AND CONFIRMATION OF SENTENCING HEARING

Pursuant to the Findings and Recommendation of the United States Magistrate Judge (DE # 13), to which the defendant has waived objection, and subject to this court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offense charged in Count 1 of the Indictment is now hereby **ACCEPTED**, and defendant is adjudged guilty of that offense. Defendant and his counsel shall appear before the undersigned for sentencing on Monday, February 24, 2014, at 10:15 a.m.

The court reminds counsel for the parties that within ten days after receipt of the final presentence report and addendum, each must file a sentencing memorandum with the court, opposing counsel, and the probation office which may contain information relevant to the § 3553(a) sentencing factors, any requests for a variance from or a particular sentence within the guidelines sentencing range, any request by the government for a departure pursuant to §5K1.1 and §3553(e), plus any other mitigating or aggravating circumstances the parties want the court to consider. These filings are mandatory because they are helpful to the court in determining an appropriate sentence for defendant and also because they eliminate any

surprises at the sentencing hearing. It appears that the parties have complied with this obligation.

Within ten days after the probation office receives the parties' sentencing memoranda, the probation office will file with the court and provide to counsel for the government and the defendant a summary report which contains the advisory guidelines sentencing range calculation, the relevant statutory sentencing provisions, the conclusions as to the applicable § 3553(a) sentencing factors, and all other mitigating or aggravating circumstances the court is to consider in determining a just sentence for the defendant.

**SO ORDERED.**

Date: February 18, 2014

s/James T. Moody  
JUDGE JAMES T. MOODY  
UNITED STATES DISTRICT COURT